Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## **EASTERN DISTRICT OF VIRGINIA**



MAY 12 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Steven Druitt _____   Docket No. R4001794

1:14-mj-238

**Petition on Probation**

      COMES NOW Elissa F. Martins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Steven Druitt, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr., United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 2nd day of August 2013, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

-See Page 2-

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: June 10, 2014 @ 10:00 a.m.

### ORDER OF COURT

Considered and ordered this 12th day of May, 2014 and ordered filed and made a part of the records in the above case.

/s/Thomas Rawles Jones, Jr.
_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/8/14

_____
Elissa F. Martins
U.S. Probation Officer
(703) 299-2309

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**RE: DRUITT, Steven**

OFFENSE:   Driving While Intoxicated.

SENTENCE: The defendant was sentenced to one (1) year probation for the offense of Driving While Intoxicated, pursuant to 32 CFR 234.17 (c)(1)(ii), with the following special conditions: 1) The defendant shall enter and successfully complete an alcohol education program as directed; 2) The defendant shall not operate a motor vehicle anywhere in the United States for a period of one (1) year except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program, d) to and from this court, and e) to and from childcare and to and from his children's school; 3) The defendant shall not violate any local, state or federal traffic law; and 4) The defendant shall pay a $100.00 fine, a $25.00 processing fee and a $10.00 special assessment fee within 90 days.

ADJUSTMENT TO SUPERVISION: Mr. Druitt's adjustment to supervision has fluctuated over time. He paid the court ordered fine and fees in full on November 2, 2013. When supervision commenced, Mr. Druitt's probation was directly transferred to the District of Columbia as he reported living in that district; however, it was determined that Mr. Druitt lived in the District of Maryland. U.S. Probation Officer (USPO) Stacey Funches with the District of Columbia requested transfer to that district on two occasions. The transfer requests were denied by U.S. Probation Officer (USPO) Aaron Wonneman due to Mr. Druitt's grandmother being hesitant to comply with the transfer investigation process. Mr. Druitt's supervision was returned to the Eastern District of Virginia on February 5, 2014. The undersigned then spoke with Mr. Druitt's grandmother, Ms. Whitley who related she was willing to comply with the requirements in order for her grandson to be supervised in the District of Maryland. Therefore this officer made an additional transfer request to the District of Maryland, however it was again denied. The denial letter prepared by USPO Wonneman indicated that upon inspection of the bathroom in the home, there was possible drug paraphernalia related to the use of marijuana.

It is noted that while on supervision in the District of Columbia, the defendant submitted a urine screen which was positive for the use of marijuana on September 3, 2013. He subsequently attended substance abuse treatment at the Renaissance Treatment Center. When the defendant's supervision was transferred back to this district, his treatment services were terminated. Mr. Druitt has an intake appointment scheduled for June 3, 2014, with the Alexandria Alcohol Safety Action Program.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 7:**                            **USE OF MARIJUANA.**

On May 6, 2014, Mr. Druitt submitted a specimen which tested positive for marijuana. Mr. Druitt signed an Admission of Drug Use form, stating he used marijuana on May 2, 2014.

EFM/vlh